1  Thomas M. Murphy - Bar No. 132283  **JS-6**
   Jeffrey L. Le Pere - Bar No. 201787
2  **SUTTON & MURPHY**
   26056 Acero
3  Mission Viejo, CA 92691
   Telephone: (949) 206-0550
4  Facsimile: (949) 206-0560
   tmurphy@suttonmurphy.com
5  jlepere@suttonmurphy.com

6  Attorneys for Defendants, FLEETWOOD MOTOR HOMES OF INDIANA, INC.
   (Erroneously sued and served herein as FLEETWOOD ENTERPRISES, INC.) and
7  MIKE THOMPSON RV 3

8

9  **UNITED STATES DISTRICT COURT**

10 **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

11

12 MATTHEW TALLEY and NIKKI            ) CASE NO. : CV08-01222 PA (AJWx)
13 TALLEY as individuals,              )
                                       ) Discovery Judge Andrew J. Wistrich
14          Plaintiffs,                )
                                       ) Assigned for All Other Documents to The
15     vs.                             ) Honorable Percy Anderson
                                       )
16 FLEETWOOD ENTERPRISES,              )
   INC., a corporation; MIKE           ) **ORDER OF DISMISSAL WITH**
17 THOMPSON'S RV 3, a                  ) **PREJUDICE OF ALL DEFENDANTS**
   corporation; and DOES 1 through     )
18 50, inclusive,                      ) **NOTE: CHANGES MADE BY THE**
                                       ) **COURT**
19          Defendants.                )
   _____     )
20                                       Complaint Filed : January 22, 2008

21     Plaintiffs, MATTHEW and NIKKI TALLEY, have announced to the Court that all
22 matters in controversy against defendants FLEETWOOD MOTOR HOMES OF
23 INDIANA, INC. and MIKE THOMPSON RV 3 have been resolved.  A Stipulation of
24 Dismissal has been signed and filed with the Court.  Having considered the Stipulation of
25 Dismissal with Prejudice, the Court makes and delivers the following ruling:
26     ~~IT IS ORDERED that the Court will retain jurisdiction over this matter to enforce~~
27 ~~the settlement.  Otherwise,~~ The claims and causes of action asserted herein by plaintiffs,
28

ORDER OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

1  MATTHEW and NIKKI TALLEY against all defendants are in all respects dismissed
2  with prejudice to the refiling of same, with court costs to be paid by the party incurring
3  same.

5  DATED:    January 6, 2009

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

2
ORDER OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS